1   Steven E. Mendelson (66833)
    MENDELSON & MENDELSON
2   120 Eleventh Street, Second Floor
    Oakland, CA 94607
3   Telephone: (510) 451-1988

4   Attorneys for Plaintiff WILMER D. ORIGEL

5

6                   UNITED STATES DISTRICT COURT

7                 NORTHERN DISTRICT OF CALIFORNIA

8

9   WILMER D. ORIGEL,              Case No: C05-04633 JCS

10           Plaintiff,

11   v.                        SUBSTITUTION OF ATTORNEY

12
    THE NORTHWESTERN MUTUAL
13   LIFE INSURANCE COMPANY,

14          Defendant.

15

16       Plaintiff, WILLIAM D. ORIGEL, hereby substitutes DANIEL A. HOROWITZ, located

17   at 120 Eleventh street, Oakland, California 94607, telephone (510) 444-4888 as attorney of

18   record in place of and instead of Mendelson & Mendelson

19   Dated:_____

20                            William Origel, Plaintiff

21       I consent to the above substitution.

22   Dated:  6 - 28 - 06          MENDELSON & MENDELSON

23
                    By:
24                          Steven E. Mendelson

25       I accept the above substitution.

26   Dated:  6 - 30 - 06         LAW OFFICES OF DANIEL A. HOROWITZ

27   Dated: July 10, 2006        By:

28                        Daniel A. Horowitz

        IT IS SO ORDERED
        Judge Joseph C. Spero

1