1  THOMAS HERLIHY (SBN 83615)
   JOHN T. BURNITE (SBN 162223)
2  KELLY, HERLIHY & KLEIN LLP
   44 Montgomery Street, Suite 2500
3  San Francisco, CA 94104
   Telephone: (415) 951-0535
4  Facsimile: (415) 391-7808

5  Attorneys for Defendant
   THE NORTHWESTERN MUTUAL LIFE
6  INSURANCE COMPANY

7

8             IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  WILMER D. ORIGEL                  )   CASE NO. C05-04633 JCS
                                      )
12              Plaintiff,            )
                                      )   **STIPULATION EXTENDING TIME**
13        v.                          )   **FOR FILING AND SERVING**
                                      )   **RESPONSIVE PLEADING**
14  THE NORTHWESTERN MUTUAL LIFE      )
    INSURANCE COMPANY,                )
15                                    )
                Defendant.            )
16                                    )

---

STIPULATION EXTENDING TIME FOR FILING AND SERVING RESPONSIVE PLEADING
CASE NO.:C05-04633 JCS

1  Pursuant to Local Rule 6-1, defendant The Northwestern Mutual Life Insurance Company
2  ("Northwestern") and plaintiff Wilmer D. Origel, by and through their respective counsel, hereby
3  stipulate that Northwestern's time for filing an answer or otherwise responding to plaintiff's
4  complaint in the captioned matter shall be and hereby is extended from August 17, 2006, to August
5  24, 2006.

6  IT IS SO STIPULATED.

8  DANIEL A. HOROWITZ

9  Dated: August __, 2006           By  /s/
10                                      Daniel A. Horowitz
                                        Attorneys for Plaintiff
11                                      WILMER D. ORIGEL

13  KELLY, HERLIHY & KLEIN LLP

15  Dated: August 17, 2006          By _____
                                        John T. Burnite
16                                      Attorneys for Defendant
17                                      THE NORTHWESTERN MUTUAL LIFE
                                        INSURANCE COMPANY

19  IT IS SO ORDERED:

21  Dated: August 18, 2006          By _____
                                        Judge Joseph C. Spero

25  E:\26196\P08.wpd

---

STIPULATION EXTENDING TIME FOR FILING AND SERVING RESPONSIVE PLEADING
CASE NO.:C05-04633 JCS