# Law Office of Daniel A. Horowitz
*P.O. Box 1547*
*Lafayette, California 94549*
*(925) 932-4107*

FAX: 925-283-3498                                   INTERNET:BDEGA@Earthlink.net

January 18, 2007

Honorable Joseph C. Spero
Magistrate Judge
United States District Court
450 Golden Gate Avenue
San Francisco, California 94102

Re: *Origel v. Northwestern*
    C05-04633 JCS

Dear Judge Spero:

On January 26, 2007 at 1:30 p.m., we have a Case Management Conference scheduled. I am asking to be allowed to appear by telephone.

I am presently in trial in a death penalty case, Monday-Thursday. For the next three Fridays, I am in a special circumstances case preliminary hearing in Stockton.

I have spoken with opposing counsel, John Burnite and he has no objection to my appearance by telephone. I spent six weeks in the Stockton courthouse last year and cell phone reception is excellent. I have already discussed discussed scheduling and discovery with Mr. Burnite this morning.

If you approve this request my cell phone number is **510-326-6957**.

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]*

Respectfully,

// Daniel Horowitz //

Daniel Horowitz

Dated: Jan. 19, 2007