THOMAS HERLIHY (SBN 83615)
JOHN T. BURNITE (SBN 162223)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104
Telephone: (415) 951-0535
Facsimile: (415) 391-7808

Attorneys for Defendant
THE NORTHWESTERN MUTUAL LIFE
INSURANCE COMPANY

DANIEL A. HOROWITZ (SBN 92400)
Attorney at Law
P.O. Box 1547
Lafayette, CA 94549
Telephone: (510) 444-4888
Facsimile:

Attorneys for Plaintiff
WILMER D. ORIGEL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILMER D. ORIGEL,<br><br>          Plaintiff,<br><br>     vs.<br><br>THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,<br><br>          Defendant | Case No.: C05-04633 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

1  The parties to the above-entitled action, plaintiff Wilmer Origel ("plaintiff") and
2  defendant The Northwestern Mutual Life Insurance Company ("Northwestern") by and through
3  their respective attorneys of record, jointly request that the Case Management Conference (and
4  deadline to complete private mediation) be continued based on the following:
5  The parties previously mediated this matter in November 2006 through the Court's ADR
6  program. The parties thereafter agreed to private mediation.
7  The parties scheduled private mediation with Susan Popik, Esq. for May 31, 2007.
8  However, additional time is necessary for the parties to prepare for and complete mediation, and
9  counsel for plaintiff will be out of the country the entire month of June 2007.
10  A further Case Management Conference presently is set for June 22, 2007, and the
11  private mediation was ordered to be completed by the end of June, 2007.
12  The parties hereby stipulate and respectfully request the Case Management Conference,
13  currently scheduled for June 22, 2007, and time to complete mediation, be continued until on or
14  about August 3, 2007.
15  IT IS SO STIPULATED.

16  Respectfully Submitted,

18  DANIEL A. HOROWITZ

20  Dated: May 15, 2007          By _____/s/_____
                                    Daniel A. Horowitz
21                                  Attorneys for Plaintiff
                                    WILMER D. ORIGEL

24  KELLY, HERLIHY & KLEIN LLP

26  Dated: May 15, 2007          By_____/s/_____
                                    John T. Burnite
27                                  Attorneys for Defendant
28                                  THE NORTHWESTERN MUTUAL LIFE
                                    INSURANCE COMPANY

-1-
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMT CONFERENCE
CASE NO. C05-04633 JCS

## **ORDER**

Having considered the Stipulation of the parties, it is hereby ordered that the further Case Management Conference in this matter, currently scheduled for 1:30 p.m. on June 22, 2007, is hereby continued to August 3, 2007, at 1:30 p.m. The private mediation also shall occur before the continued Case Management Conference date. A joint updated case management conference statement shall be filed by July 27, 2007.

DATE: May 16, 2007

JOSEPH C. SPERO
United States

*Judge Joseph C. Spero*

E:\26196\P14.doc