1   DANIEL A. HOROWITZ State Bar No. 92400
    Attorney at Law
2   P.O. Box 1547
    Lafayette, California 94549
3   (925) 932-4107

4   Attorney for Wilmer Origel

5

6

7                    **UNITED STATES DISTRICT COURT**

8                    **NORTHERN DISTRICT OF CALIFORNIA**

9   WILMER ORIGEL,
                                              No. C05-04633 JCS
10               Plaintiff,

11  vs.

12  NORTHWESTERN MUTUAL
    LIFE INSURANCE COMPANY
13  et al.
                 Defendants.
14  _____/

15

16              **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

17        It is hereby stipulated that the Case Management Conference presently set for August 3,

18  2007 may be continued until September 14, 2007 at 1:30 pm.

19     An updated joint case management conference statement shall be due by 9/7/7.

20  Dated: July 30, 2007

21

22                                        Daniel Horowitz
                                          Attorney for Wilmer Origel
23

24  Dated: July 30, 2007

25

26  Dated:  July 31, 2007               John Burnite
                                        Attorney for Northwestern Mutual
27                                      Life Insurance Company

28  Plaintiff's Interrogatories to Defendant - Set One

IT IS SO ORDERED
AS MODIFIED
Judge Joseph C. Spero