1  THOMAS HERLIHY (SBN 83615)
   JOHN T. BURNITE (SBN 162223)
2  KELLY, HERLIHY & KLEIN LLP
   44 Montgomery Street, Suite 2500
3  San Francisco, CA 94104
   Telephone: (415) 951-0535
4  Facsimile: (415) 391-7808
5
   Attorneys for Defendant
6  THE NORTHWESTERN MUTUAL LIFE
   INSURANCE COMPANY
7
8
                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11
12 WILMER D. ORIGEL,                    ) Case No.: C05-04633 JCS
                                        )
13            Plaintiff,                ) **SUBSTITUTION OF ATTORNEY**
                                        )
14     vs.                              )
                                        )
15 THE NORTHWESTERN MUTUAL LIFE         )
   INSURANCE COMPANY,                   )
16                                      )
              Defendant                 )
17                                      )
                                        )
18                                      )

1    TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES HEREIN

2    AND TO THEIR ATTORNEYS OF RECORD:

3

4        PLEASE TAKE NOTICE that defendant, The Northwestern Mutual Life Insurance

5    Company, hereby substitutes counsel as follows:

6

7    1.     Former legal representative:

8         Kelly, Herlihy & Klein, LLP

9

10    2.     **New legal representative**:

11         Thomas M. Herlihy, Esq. (SBN 83615)
        John T. Burnite, Esq. (SBN 162223)
12         Wilson, Elser, Moskowitz, Edelman & Dicker
        525 Market Street, 17th Floor
13         San Francisco, CA 94105-2725
        Tel: (415) 433-0990
14         Fax: (415) 434-1370

15

16    3.     The party making this substitution is defendant, The Northwestern Mutual Life Insurance

17    Company.

18

19    4.     I consent to this substitution.

20    Dated: April 2, 2008      MARY NELSON      Mary S. Nelson / Counsel

21                     (Print Name)           (Signature of party)

22

23    5.     I consent to this substitution.

24

25    Dated: April 1, 2008      Thomas M. Herlihy      [signature]

26                     (Print Name)           (Signature of former attorney)

27

28

| | |
|---|---|
| 1 | 6.     I am duly admitted to practice in this District and accept this substitution. |
| 2 | |
| 3 | Dated: March /3, 2008    Thomas M Harvey     _____ |
| |                             (Print Name)           (Signature of new attorney) |

**Substitution of Attorney is hereby approved**

Date: __April 23__, 2008     _____
                                              UNITED STATES MAGISTRATE JUDGE

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]

E:\26196\P21.doc

-2-
SUBSTITUTION OF ATTORNEY
CASE NO. C05-04633 JCS