```
 1  THOMAS HERLIHY (SBN 83615)
    JOHN T. BURNITE (SBN 162223)
 2  WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
    525 Market Street, 17th Floor
 3  San Francisco, CA  94105
    Telephone:  (415) 433-0990
 4  Facsimile:   (415) 434-1370
 5
    Attorneys for Defendant
 6  THE NORTHWESTERN MUTUAL LIFE
    INSURANCE COMPANY
 7
 8  DANIEL A. HOROWITZ (SBN 92400)
    Attorney at Law
 9  P.O. Box 1547
    Lafayette, CA 94549
10  Telephone: (510) 444-4888
    Facsimile:
11
12  Attorneys for Plaintiff
    WILMER D. ORIGEL
13
14
15                      IN THE UNITED STATES DISTRICT COURT
16                     FOR THE NORTHERN DISTRICT OF CALIFORNIA
17
18  WILMER D. ORIGEL,              )  Case No.: C05-04633 JCS
                                   )
19             Plaintiff,          )  STIPULATION AND [PROPOSED]
                                   )  ORDER CONTINUING CASE
20        vs.                      )  MANAGEMENT CONFERENCE
                                   )
21  THE NORTHWESTERN MUTUAL LIFE   )
    INSURANCE COMPANY,             )
22                                 )
                                   )
23             Defendant           )
```

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMT CONFERENCE
CASE NO. C05-04633 JCS

358139.1

1   The parties to the above-entitled action, plaintiff Wilmer Origel ("plaintiff") and
2  defendant The Northwestern Mutual Life Insurance Company ("Northwestern") by and through
3  their respective attorneys of record, jointly request that the Case Management Conference (and
4  deadline to complete private mediation) be continued based on the following:
5   At the April 25, 2008 CMC, the court set a further CMC for June 27, 2008, and required
6  a further mediation be completed with Sue Popik, Esq. before the end of June 2008.
7   However, additional time is necessary for the parties to prepare for and complete
8  mediation, which includes the taking of plaintiff's deposition. The parties are trying to
9  coordinate a mutually convenient date for the deposition in July; scheduling efforts have been
10 hampered by a trial that was set to proceed on May 19, 2008 and a trial which is set, and
11 expected to proceed, on June 16, 2008 (10-15 day jury trial).
12  The parties hereby stipulate and respectfully request the Case Management Conference,
13 currently scheduled for June 27, 2008, and time to complete mediation, be continued until on or
14 about July 25 or August 1, 2008.
15  IT IS SO STIPULATED.

Respectfully Submitted,
DANIEL A. HOROWITZ

Dated: June __, 2008

By _____
Daniel A. Horowitz
Attorneys for Plaintiff
WILMER D. ORIGEL


WILSON, ELSER, MOSKOWITZ, EDELMAN &
DICKER LLP

Dated: June ___, 2008

By_____ /s/ _____
John T. Burnite
Attorneys for Defendant
THE NORTHWESTERN MUTUAL LIFE
INSURANCE COMPANY

-1-
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMT CONFERENCE
CASE NO. C05-04633 JCS
358139.1

1  The parties to the above-entitled action, plaintiff Wilmer Origel ("plaintiff") and
2  defendant The Northwestern Mutual Life Insurance Company ("Northwestern") by and through
3  their respective attorneys of record, jointly request that the Case Management Conference (and
4  deadline to complete private mediation) be continued based on the following:
5  At the April 25, 2008 CMC, the court set a further CMC for June 27, 2008, and required
6  a further mediation be completed with Sue Popik, Esq. before the end of June 2008.
7  However, additional time is necessary for the parties to prepare for and complete
8  mediation, which includes the taking of plaintiff's deposition. The parties are trying to
9  coordinate a mutually convenient date for the deposition in July; scheduling efforts have been
10 hampered by a trial that was set to proceed on May 19, 2008 and a trial which is set, and
11 expected to proceed, on June 16, 2008 (10-15 day jury trial).
12 The parties hereby stipulate and respectfully request the Case Management Conference,
13 currently scheduled for June 27, 2008, and time to complete mediation, be continued until on or
14 about July 25 or August 1, 2008.
15 IT IS SO STIPULATED.

Respectfully Submitted,
DANIEL A. HOROWITZ

Dated: June 12, 2008

By _____
Daniel A. Horowitz
Attorneys for Plaintiff
WILMER D. ORIGEL

WILSON, ELSER, MOSKOWITZ, EDELMAN &
DICKER LLP

Dated: June ___, 2008         By _____
John T. Burnite
Attorneys for Defendant
THE NORTHWESTERN MUTUAL LIFE
INSURANCE COMPANY

-1-
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMT CONFERENCE
CASE NO. C05-04633 JCS
358139.1

## ORDER

Having considered the Stipulation of the parties, it is hereby ordered that the further Case Management Conference in this matter, currently scheduled for 1:30 p.m. on June 27, 2008, is hereby continued to ___August 1, 2008, at 1:30 PM___. The private mediation also shall occur before the continued Case Management Conference date.

DATE: June 17, 2008



_____
JOSEPH C. SPERO
United States Magistrate Judge

-2-
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMT CONFERENCE
CASE NO. C05-04633 JCS

358139.1