1  THOMAS HERLIHY (SBN 83615)
2  JOHN T. BURNITE (SBN 162223)
   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA  94105
4  Telephone:  (415) 433-0990
   Facsimile:   (415) 434-1370
5
6  Attorneys for Defendant
   THE NORTHWESTERN MUTUAL LIFE
7  INSURANCE COMPANY

8              IN THE UNITED STATES DISTRICT COURT
9           FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 WILMER D. ORIGEL,                 ) Case No.: C05-04633 JCS
                                     )
12              Plaintiff,           ) **STIPULATION FOR DISMISSAL WITH**
                                     ) **PREJUDICE AND ORDER THEREON**
13       vs.                         )
                                     )
14 THE NORTHWESTERN MUTUAL LIFE      )
   INSURANCE COMPANY,                )
15                                   )
                Defendant            )
16                                   )
                                     )
17                                   )
                                     )
18                                   )
                                     )

---

1

STIPULATION FOR DISMISSAL AND ORDER THEREON

Case No.:
425232.1

It is hereby stipulated by and between the parties to this action, plaintiff Wilmer Origel and defendant The Northwestern Mutual Life Insurance Company through their attorneys of record, Law Office of Daniel Horowitz on behalf of plaintiff Wilmer Origel and Wilson, Elser, Moskowitz, Edelman & Dicker, LLP on behalf of defendant The Northwestern Mutual Life Insurance Company, that the above captioned action has settled, with the parties to bear their own respective fees and costs, and the above captioned matter can be and hereby is dismissed with prejudice in its entirety pursuant to FRCP 41(a)(1).

**IT IS SO STIPULATED**

LAW OFFICE OF DANIEL A. HOROWITZ

DATED: ~~March~~ 4/6, 2009    By _____
                                Daniel A. Horowitz
                                Attorneys for Plaintiff
                                WILMER D. ORIGEL

DATED: ~~March~~ APRIL 9, 2009    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
    Thomas M. Herlihy
    John T. Burnite
    Attorneys for Defendant
    THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY

## ORDER

Good cause appearing therefore, the Court dismisses with prejudice the entire action, each party to bear their own fees and costs.

IT IS SO ORDERED

Dated: April 10, 2009        _____
                              Joseph C. Spero
                              UNITED STATES MAGISTRATE JUDGE

2
STIPULATION FOR DISMISSAL AND ORDER THEREON

Case No.:
425232.1